IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00205-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JOHNNY HERRERA,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 82] pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

1. On May 6, 2015, the grand jury returned an Indictment charging defendant Herrera in Count Two with 18 U.S.C. § 371, Conspiracy to Commit Theft of Government Property in violation of 18 U.S.C. § 641. The Indictment also sought forfeiture of all of the proceeds obtained by the defendant as result of the offense charged in Count Two, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Docket No. 20.

2. On September 18, 2015, the United States and defendant Herrera entered into a Plea Agreement, Docket No. 70, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

3. Based on the facts set forth in the Plea Agreement, the requisite nexus exists

1

between $810.00 and Count Two, to which defendant Herrera pled guilty.  Docket No. 70 at p. 7-8.

    4.  Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is

**ORDERED** that defendant's interest in $810.00, which defendant Herrera agrees to pay at the time of sentencing, is forfeited to the United States in accordance 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  It is further

**ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

**ORDERED** that the United States is directed to seize the property, which shall be tendered at sentencing, subject to forfeiture, and further to make its return as provided by law.  It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website, for at least thirty consecutive days.  It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.  It is further

**ORDERED** that the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings.  Fed. R. Crim. P.

32.2(c)(1).  It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED November 2, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge