# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 8, 2016 |
| Court Reporter: Janet Coppock | Time: 23 minutes |
| Probation Officer: Robert Ford | Interpreter: n/a |

**CASE NO. 15-CR-00205-PAB-2**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **JOHNNY HERRERA,** | Boston Stanton |
| Defendant. | |

## SENTENCING

**11:05 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
15-CR-00205-PAB-2
January 8, 2016

Court grants the Order of Forfeiture and orders the amount be reflected in the judgment.

**Government's Motion for Sentence Reduction Pursuant to U.S.S.G. § 5K1.1 [Docket No [121]**

Comments by Ms. Gibson.

Comments by Mr. Stanton.

**ORDERED:**   Government's Motion for Sentence Reduction Pursuant to U.S.S.G. § 5K1.1 [Docket No [121], is **GRANTED**.

Argument by Mr. Stanton in support of the defendant's Motion for Variant Sentence and comments addressing sentencing.

Argument by Ms. Gibson and comments addressing sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Variant Sentence [Docket No. 122], is **GRANTED**.

Defendant entered his plea on **September 18, 2015** to count **Two of the Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be placed on probation for a period of **3** years.

**ORDERED:  Conditions of Probation:**
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
15-CR-00205-PAB-2
January 8, 2016

    (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

    (**X**)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the Presentence Report indicates a low risk of future substance abuse.

**ORDERED:** **Special Conditions of Probation:**

    (**X**)    The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

    (**X**)    As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.

    (**X**)    Defendant shall perform **100** hours of community service as directed by the probation officer.

    (**X**)    Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer..

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment).

**ORDERED:**  Defendant shall pay a **fine** of $ **5,000.00.**

**ORDERED:**  The special assessment shall be due immediately. The balance of the monetary obligations shall be paid in monthly installments calculated as at least 10 percent of the defendant's gross monthly income.

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
15-CR-00205-PAB-2
January 8, 2016

**ORDERED**: Defendant's bond is exonerated.

**11:28 a.m.     COURT IN RECESS**

**Total in court time: 23 minutes**

**Hearing concluded**